IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19-00090-01-CR-W-HFS |
| BILLY E. FULBRIGHT, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

A competency hearing was conducted on August 29, 2019, and Magistrate
Judge Matt J. Whitworth considered the forensic evaluation prepared by
Psychologist, Jessica Micono, Psy.D, in a Report and Recommendation dated
August 30, 2019. (Doc. 22).

After making an independent review of the record and the applicable law,
Judge Whitworth determined that the defendant is not currently suffering from a
mental disease or defect which would prevent him from understanding the
nature and consequences of the proceedings against him or assisting in his
defense. Thus, the defendant is competent to proceed at this time.

To-date, no objections to the Report and Recommendation have been filed, and the time in which to do so has expired. Thus, the findings and conclusions in the Report and Recommendation (Doc. 22) are ADOPTED by the undersigned.


                                                                      */s/ Howard F. Sachs*

                                                                      HOWARD F. SACHS

                                                                      United States District Judge

Dated:  September 17, 2019
Kansas City, Missouri